Elizabeth Murrell and Holland Murrell, Plaintiffs-Appellants, v. Nathan Weitzman and Harris Trust and Savings Bank, as Trustee Under Trust No. 14336, Defendants-Appellees.

Gen. No. 49,576.

First District, Second Division.

May 4, 1965.

Thomas D. Ahern, of Chicago, for appellants; Lissner, Rothenberg, Reif & Barth, of Chicago (Burton Reif and Henry B. Rothenberg, of counsel), for appellees. Opinion by JUSTICE BURKE. **Not to be published in full.**